**Order entered November 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00890-CR

**CURTIS DEWIGHT NELSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068322**

## ORDER

The reporter's record was due on October 17, 2018. That same day, court reporter Cindy Bardwell informed the Court that she had emailed appellant regarding the cost of the record but had not received any communication regarding payment.

Because appellant had not been found to be entitled to proceed without payment of cost, we sent appellant a letter directing him to provide the Court with written verification he had paid or made arrangements to pay for the reporter's record by October 28, 2018. We cautioned appellant that if he failed to do so, the Court would order this appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c)(2). To date, we have had no communication from appellant regarding the reporter's record and the reporter's record has not been filed.

Therefore, we **ORDER** this appeal submitted without the reporter's record. We **ORDER** appellant's brief due within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Cindy Bardwell, court reporter, 59th Judicial District Court, and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE